UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FILED
RICHARD W. NAGEL
CLERK OF COURT

APR 22 2025 5:36 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. **3:25 cr .034** |
| **Plaintiff,** | : | **I N D I C T M E N T** |
| | : | |
| **v.** | : | 21 U.S.C. § 841(a)(1) |
| | : | 21 U.S.C. § 846 |
| | : | **WALTER H. RICE** |
| **DAVID GULLATTE,** | : | |
| **Defendant.** | : | |

The Grand Jury charges:

## COUNT ONE

[21 U.S.C. §§ 846 and 841(b)(1)(B)-(C)]

Between a beginning date unknown, but at least by in or around 2024, and in or around March 2025, in the Southern District of Ohio, and elsewhere, defendant **DAVID GULLATTE** and others known to the Grand Jury knowingly and intentionally conspired to possess with intent to distribute and to distribute a controlled substance – namely:

a. 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], a Schedule II controlled substance;

Page **1** of **4**

b.    a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance;

in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B)-(C).

## COUNT TWO

[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]

On or about December 16, 2024, in the Southern District of Ohio, defendant **DAVID GULLATTE** knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT THREE

[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D)]

On or about February 24, 2025, in the Southern District of Ohio, defendant **DAVID GULLATTE** knowingly and intentionally distributed a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

COUNT FOUR

[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)]

On or about March 3, 2025, in the Southern District of Ohio, defendant **DAVID GULLATTE** knowingly and intentionally distributed 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
Foreperson

KELLY A. NORRIS
Acting United States Attorney

_____
BRENT G. TABACCHI
ELIZABETH McCORMICK
Assistant United States Attorneys

Page **4** of **4**